# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In the Matter of the Seizure of** : <br> **One or More Tons of United States Gold** | |
| : | **CRIMINAL NO. 18-mj-361** |

ORDER

On this _____ day of _____ 2021, after consideration of the motion for unsealing of all documents in this matter, including the Warrant to Seize Property Subject to Forfeiture, the Application of the Warrant to Seize Property Subject to Forfeiture, and the Affidavit in Support of the Application; the government's policy not to publicly reveal sources of information; and the government's agreement to the unsealing of these documents provided the identities of the sources of information are not made public, it is hereby

O R D E R E D

that the documents in this matter are to be UNSEALED with the exception of the Warrant to Seize Property Subject to Forfeiture, the Application of the Warrant to Seize Property Subject to Forfeiture, and the Affidavit in Support of the Application. The United States shall file a redacted version of the Warrant to Seize Property Subject to Forfeiture, the Application of the Warrant to Seize Property Subject to Forfeiture, and the Affidavit in Support of the Application with the names of three individuals redacted and replaced with Person 1, Person 2 and Person 3, respectively, and the name of the business of Person 1 and Person 2 redacted and replaced with Company A. The redacted version of these documents is to be filed UNSEALED.

BY THE COURT:

_____
HONORABLE RICHARD A. LLORET
United States Magistrate Judge

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In the Matter of the Seizure of** : <br> **One or More Tons of United States Gold** <br> :     CRIMINAL NO. 18-mj-361 | |

## MOTION TO UNSEAL

      All documents in this matter are currently under seal. The Associated Press and The Philadelphia Inquirer, PBC ("Intervenors") now seek to intervene and make all such documents publicly available. The government has informed counsel for Intervenors that the underlying investigation of this matter is closed. Therefore, the government does not oppose the request to make the documents publicly available, on the condition that the names of any of the government's sources are redacted, in accordance with the government's policy not to publicly reveal such sources. Specifically, the government has agreed to file an unsealed version of the Warrant to Seize Property Subject to Forfeiture, the Application of the Warrant to Seize Property Subject to Forfeiture, and the Affidavit in Support of the Application this matter, with the names of three individuals and the name of the business of two of those individuals redacted. Intervenors do not oppose the government making such redactions in this matter. A proposed order, to which the government has agreed, is attached.

 Dated: June 23, 2021                       Respectfully submitted,

                                             *s/ Eli Segal*
                                             Eli Segal (#030792007)
                                             **TROUTMAN PEPPER HAMILTON SANDERS LLP**
                                             3000 Two Logan Square
                                             18th and Arch Streets
                                             Philadelphia, PA 19103
                                             215-981-4239
                                             *Attorney for Intervenors the Associated Press*
                                             *and The Philadelphia Inquirer, PBC*

## CERTIFICATE OF SERVICE

I certify that I served a copy of this motion and proposed order by email on June 23, 2021, on the following counsel for the government:

K.T. Newton
Assistant United States Attorney
United States Attorney's Office for the Eastern District of Pennsylvania
KT.Newton@usdoj.gov

        s/ *Eli Segal*