# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of: | : | |
| | : | |
| SEIZURE OF ONE OR MORE TONS OF UNITED STATES GOLD | : : : | Case No. 18-361-M |

## GOVERNMENT'S RESPONSE
## TO MOTION TO UNSEAL DOCUMENTS

The United States of America, by its attorneys, Jennifer Arbittier Willians, Acting United States Attorney for the Eastern District of Pennsylvania, and K.T. Newton, Assistant United States Attorney, hereby responds to the Motion of Intervenors to unseal the documents in this docket.

As stated in Intervenors' Motion, the government agrees to the unsealing of the documents in this matter, with the exception of the Warrant to Seize Property Subject to Forfeiture, the Application of the Warrant to Seize Property Subject to Forfeiture, and the Affidavit in Support of the Application, given the government's policy not to publicly reveal government sources. The government has proposed that, upon Court Order, it will file an unsealed redacted version of these three documents, with the identity of the sources redacted.

                                            Respectfully submitted,

                                            JENNIFER ARBITTIER WILLIAMS
                                            Acting United States Attorney

                                            *K.T. Newton*

                                            K.T. NEWTON
Dated: June 23, 2021                 Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this document has been served by email upon the following:

>Eli Segal, Esquire
>Attorney for Intervenors

*K.T. Newton*

K.T. NEWTON
Assistant United States Attorney

Dated: June 23, 2021