IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In the Matter of the Seizure of               :
One or More Tons of United States Gold

: CRIMINAL NO. 18-mj-361

ORDER

On this 24th day of June 2021, after consideration of the motion for unsealing of all documents in this matter, including the Warrant to Seize Property Subject to Forfeiture, the Application of the Warrant to Seize Property Subject to Forfeiture, and the Affidavit in Support of the Application; the government's policy not to publicly reveal sources of information; and the government's agreement to the unsealing of these documents provided the identities of the sources of information are not made public, it is hereby

O R D E R E D

that the documents in this matter are to be UNSEALED with the exception of the Warrant to Seize Property Subject to Forfeiture, the Application of the Warrant to Seize Property Subject to Forfeiture, and the Affidavit in Support of the Application.  The United States shall file a redacted version of the Warrant to Seize Property Subject to Forfeiture, the Application of the Warrant to Seize Property Subject to Forfeiture, and the Affidavit in Support of the Application with the names of three individuals redacted and replaced with Person 1, Person 2 and Person 3, respectively, and the name of the business of Person 1 and Person 2 redacted and replaced with Company A.  The redacted version of these documents is to be filed UNSEALED.

BY THE COURT:

/s/ Timothy R. Rice
_____
HONORABLE Timothy R. Rice
United States Magistrate Judge